## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:12-cv-54-MHS-RSP** |
| **PRICELINE.COM, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff TQP Development, LLC and defendant Priceline.com, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated December 31, 2012, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

 Dated January 14, 2013.                              Respectfully submitted,

| | |
|---|---|
| By: \s\ *Eric B. Hall* | By: \s\  Adam S. Hoffman |
| Eric B. Hall (Texas Bar No. 24012767) | Adam S. Hoffman |
| ehall@fulbright.com | |
| Fulbright & Jaworski L.L.P. | Marc A. Fenster, CA SB No. 181067 |
| Fulbright Tower | Email: mfenster@raklaw.com |
| 1301 McKinney, Suite 5100 | Kevin P. Burke, CA SB No. 241972 |
| Houston, Texas 77010-3095 | Email: kburke@raklaw.com |
| Tel: (713) 651-5151 | Adam S. Hoffman, CA SB No. 218740 |
| Fax: (713) 651-5246 | Email: ahoffman@raklaw.com |
| | Alexander C.D. Giza, CA SB No. 212327 |
| **Attorney for Defendant** | Email: agiza@raklaw.com |
| **PRICELINE.COM INC.** | Russ August & Kabat |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, CA 90025 |
| | Telephone: (310) 826-7474 |
| | Facsimile: (310) 826-699 |

Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
**Ni Law Firm, PLLC**
8140 Walnut Hill, Ste. 310
Dallas, TX 75231
Telephone: 972.331.4602
Fax: 972.314.0900

Andrew W. Spangler, State Bar No.
24041960
Email: spangler@sfipfirm.com
Spangler & Fussell P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

James A. Fussell, III, State Bar No.
2003193
Email: fussell@sfipfirm.com
Spangler & Fussell P.C.
211 N. Union Street, Suite 100
Alexandria, VA 22314
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

**Attorneys for Plaintiff**
**TQP DEVELOPMENT, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Adam S. Hoffman*
Adam S. Hoffman